AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| Canatelo, LLC <br><br> *Plaintiff(s)* <br> v. <br> Amcrest Technologies LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  15-cv-02626-GAG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amcrest Technologies LLC
7941 Katy Fwy. # 178
Houston, TX 77024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eugenio J. Torres-Oyola, Esq.
Ferraiuoli LLC
221 Plaza Building, 5th Floor
Ponce de Leon Avenue
San Juan, PR 00917
T: 787-766-7000 / F: 787-766-7001 / E: etorres@ferraiuoli.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
*CLERK OF COURT*

José Arroyo
Deputy Clerk

Date:  10/26/2015

*Signature of Clerk or Deputy Clerk*